JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTHA LOPEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08719 MWF(MRWx)<br>[*Los Angeles County Superior Court Case No.: 21STCV44136*]<br><br>[Reassigned to Hon. Michael W. Fitzgerald, District Judge; Michale R. Wilner, Magistrate Judge]<br><br>**PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: December 2, 2021 |

The Court has reviewed the parties' Notice of Voluntary Dismissal, filed August 16, 2023. (Docket No. 16). The Court GRANTS the parties' request. IT IS HEREBY ORDERED that the Complaint of Plaintiff MARTHA LOPEZ is DISMISSED in its entirety, with prejudice.

Dated: August 17, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Hussein A. Chahine, Esq.<br>Eric H. Godoy, Esq.<br>SOCAL INJURY LAWYERS<br>714 West Olympic Blvd., Suite 940<br>Los Angeles, CA 90015<br>Tel: 213-746-4000<br>Fax: 213-746-4006<br>Email: hac@socalinjurylawyers.com<br>Email: eric@socalinjurylawyers.com<br><br>Asst. Stella Martinez<br>stella@socalinjurylawyers.com | Attorneys for Plaintiff, MARTHA LOPEZ |

5. a. **X** **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/  /2023 | Amy Eivazian | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32576\Pleadings\FEDERAL\Proposed Order re Voluntary Dismissal.docx